JOSEPH CHECHOTKA v. HELEN (CHECHOTKA) WAY.

January 5, 1977. Petition for certification denied.

SOPHIE CZECH v. ASPEN INDUSTRIAL CENTER.

January 5, 1977. Petition for certification denied. (See 145 *N. J. Super.* 597)

FRANK BISONIC, ETC. v. FRANK H. TAYLOR & SON, INC.

January 5, 1977. Petition for certification denied.

FOUR WINDS LIQUOR SHOP INC. v.
TOWNSHIP COUNCIL OF THE TWP. OF TEANECK.

January 5, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS RIVERIA.

January 5, 1977. Petition for certification denied.

GLORIA MARINO v. KEENE CORP.

January 18, 1977. Petition for certification denied.